UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILL VAUGHN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13CV2427 RLW |
| ) | |
| TOM J. VILSACK, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Objection to Jurisdiction and Order. (ECF No. 20). Therein, Plaintiff erroneously contends that the undersigned is "a person of magistrate [and] lacks jurisdiction to issue orders to Plaintiff, the sovereign of this court of record." Plaintiff maintains that the undersigned lacks jurisdiction to issue orders without Plaintiff's consent and that the Court's Case Management Order (ECF No. 19) is void on its face. The Court construes Plaintiff's Objection to Jurisdiction and Order as a motion to strike the Case Management Order.

Plaintiff incorrectly believes that the undersigned is a magistrate judge. Plaintiff is correct that his consent would be required for a magistrate judge to hear his case. See Fed.R.Civ.P. 73; 28 U.S.C. §636(c). The undersigned, however, is a judge pursuant to Article III of the U.S. Constitution. Pursuant to Article III, Section 2 of the U.S. Constitution, this Court's "judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States ... [and] to controversies to which the United States shall be a party..." Because this case is against a federal department and alleges a claim pursuant to a federal statute, this Court has jurisdiction over Plaintiff's claims. See Complaint, ECF No. 11, ¶1 (alleging a claim against Tom J. Vilsack, as Secretary of the U.S. Department of Agriculture, under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, for employment discrimination). This Court, therefore,

has full and complete jurisdiction over Plaintiff's claims and his consent is not required for adjudication of the merits of his case.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Objection to Jurisdiction and Order (ECF No. 20), which the Court construes as a motion to strike the Case Management Order, is **DENIED**.

Dated this 28th day of August, 2014.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE