**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|                                              |     |                      |
| -------------------------------------------- | --- | -------------------- |
|                                              | )   |                      |
| BILL VAUGHN,                                 | )   |                      |
|                                              | )   |                      |
|       Plaintiff, | )   | No. 4:13-CV-2427 RLW |
|                                              | )   |                      |
|     v.                    | )   |                      |
|                                              | )   |                      |
| TOM J. VILSACK, Secretary of the United      | )   |                      |
| States Department of Agriculture,            | )   |                      |
|                                              | )   |                      |
|       Defendant. | )   |                      |

**MEMORANDUM AND ORDER**

This matter is before the Court Defendant's Motion to Compel Plaintiff's Initial Disclosures (ECF No. 24), filed on September 12, 2014. Therein, Defendant notes that the parties were to exchange Initial Disclosures by August 28, 2014. Plaintiff did not serve his Initial Disclosures, nor did he respond to Defendant's attempt to resolve this discovery dispute. See ECF No. 24-1. Plaintiff responded to Defendant's Motion to Compel Plaintiff's Initial Disclosures with his Objection to Jurisdiction and Order (ECF No. 22), Notice of Common Law Jurisdiction (ECF No. 23), and Notice of Trial Date (ECF No. 26). In each of those filings, Plaintiff asserts that this Court lacks jurisdiction over him and his claims and incorrectly asserts that the Honorable Ronnie L. White is a magistrate judge. Plaintiff also claims that "the Magistrate has no authority to issue orders to grant or deny motions without Plaintiff's consent; and Plaintiff does not yield this consent." (ECF No. 26, ¶4). Plaintiff also attempts to set a trial date for December 15, 2014. (ECF No. 26).

As this Court noted in its previous order (ECF No. 21), the undersigned is an Article III judge, not a magistrate judge, and has full power over all cases, in law and equity. U.S. Const. art. III, §2. This Court, pursuant to its constitutional authority, entered a Case Management

Order, setting a trial date for January 11, 2016. (ECF No. 19). The Court construes Plaintiff's filings (ECF No. 22, 23, 26) as objections to this Court's jurisdiction and to the Case Management Order, and those objections are denied.

The Court orders Plaintiff to provide his Initial Disclosures no later than Wednesday, October 1, 2014. If Plaintiff fails to provide his Initial Disclosures by that date, the Court may impose a sanction on Plaintiff, including possibly dismissing his case for failure to prosecute.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file his Initial Disclosures no later than **Wednesday, October 1, 2014**. If Plaintiff fails to comply with this Court's Order, then the Court may sanction Plaintiff, including possibly dismissing Plaintiff's case for failure to prosecute.

**IT IS FURTHER ORDERED** that Plaintiff's Objection to Jurisdiction and Order (ECF No. 22), Notice of Common Law Jurisdiction (ECF No. 23), and Notice of Trial Date (ECF No. 26), to the extent that they are objections to this Court's jurisdiction and the Case Management Order, are **DENIED**.

Dated this 22nd day of September, 2014.

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**