UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILL VAUGHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) No. 4:13CV2427 RLW |
| | ) |
| TOM VILSACK, | ) |
| | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court Plaintiff's Motion to Vacate a Void Final Judgment (ECF No. 39). Therein, Plaintiff argues that the Court's October 15, 2014 final judgment is void due to "jurisdictional defects ... on the face of the record." (ECF No. 39 at 1). Plaintiff again erroneously claims that this is a court of equity and that the undersigned is a magistrate judge.

As previously discussed by this Court (*see* ECF Nos. 21, 28), the undersigned is a district judge pursuant to Article III of the U.S. Constitution, who has power to hear all cases arising under the Constitution, the laws of the United States, and to controversies to which the United states is a party. Further, Plaintiff's consent was not required for this Court to hear this case because the undersigned is not a magistrate judge. Therefore, the Court had full and complete jurisdiction over Plaintiff's claims and the Court entered a valid final judgment.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Vacate a Void Final Judgment (ECF No. 39) is **DENIED**.

Dated this 7th day of January, 2015.

*Ronnie L. White*
_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE